**Fill in this information to identify the case:**

Debtor name __2806 Paradise Isle, LLC__

United States Bankruptcy Court for the: _____ District of __Nevada__
(State)

Case number (If known): __18-12795__

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1**

**Creditor's name**
Capital One Bank (USA) N.A.

**Creditor's mailing address**
c/o Patenaude & Felix APC,
1771 E. Flamingo Rd. Ste. 112A
Las Vegas, NV 89119

**Creditor's email address, if known**
_____

**Date debt was incurred** __Nov. 5, 2010__

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.
    __All claim interest in same real property__

**Describe debtor's property that is subject to a lien**
Real property commonly known as:
2806 Paradise Isle Avenue
North Las Vegas, Nevada 89031

**Describe the lien**
Judgment Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Column A: $ 4,633.40
Column B: $ _____

**2.2**

**Creditor's name**
City of North Las Vegas

**Creditor's mailing address**
2250 Las Vegas Blvd N, Ste. 800
North Las Vegas, NV 89030

**Creditor's email address, if known**
_____

**Date debt was incurred** __July 3, 2017__

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
        _____
        _____
    ☐ Yes. The relative priority of creditors is specified on lines ___

**Describe debtor's property that is subject to a lien**
Real property commonly known as:
2806 Paradise Isle Avenue
North Las Vegas, Nevada 89031

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Column A: $ 1,671.63
Column B: $ _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 353,917.94 (in excess of)

Debtor    2806 Paradise Isle, LLC
          Name
                                              Case number (if known)  18-12795

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3**

**Creditor's name**

City of North Las Vegas

**Creditor's mailing address**

2250 Las Vegas Blvd N, Ste. 800
North Las Vegas, NV 89030

**Creditor's email address, if known**

_____

Date debt was incurred    July 5, 2017
Last 4 digits of account
number               ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____
  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Real property commonly known as:

2806 Paradise Isle Avenue

North Las Vegas, Nevada 89031

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

$ 850.00          $ _____

---

**2.4**

**Creditor's name**

City of North Las Vegas

**Creditor's mailing address**

2250 Las Vegas Blvd N, Ste. 800
North Las Vegas, NV 89030

**Creditor's email address, if known**

_____

Date debt was incurred    August 10, 2017
Last 4 digits of account
number               ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____
  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Real property commonly known as:

2806 Paradise Isle Avenue

North Las Vegas, Nevada 89031

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

$ 850.00          $ _____

---

Debtor   2806 Paradise Isle, LLC
Name

Case number (*if known*) 18-12795

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5**

**Creditor's name**

City of North Las Vegas

**Creditor's mailing address**

2250 Las Vegas Blvd N, Ste. 800
North Las Vegas, NV 89030

**Creditor's email address, if known**

_____

**Date debt was incurred**   August 10, 2017

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Real property commonly known as:

2806 Paradise Isle Avenue

North Las Vegas, Nevada 89031

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

$ 850.00          $ _____

---

**2.6**

**Creditor's name**

City of North Las Vegas

**Creditor's mailing address**

2250 Las Vegas Blvd N, Ste. 800
North Las Vegas, NV 89030

**Creditor's email address, if known**

_____

**Date debt was incurred**   August 10, 2017

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Real property commonly known as:

2806 Paradise Isle Avenue

North Las Vegas, NV 89031

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

$ 1,390.00          $ _____

---

Debtor    2806 Paradise Isle, LLC
_____
Name

Case number (if known) 18-12795

| **Part 1:** | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7** **Creditor's name**

Federal National Mortgage Association

**Creditor's mailing address**

14221 Dallas Parkway, Suite 1000

Dallas, TX 72524

**Creditor's email address, if known**

_____

**Date debt was incurred**    November 1, 2004

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Real property commonly known as:

2806 Paradise Isle Avenue

North Las Vegas, Nevada 89031

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

$ 343,133.10          $ _____

---

**2.8** **Creditor's name**

Financial Casualty & Surety, Inc.

**Creditor's mailing address**

3131 Eastside #600

Houston, TX 77098

**Creditor's email address, if known**

_____

**Date debt was incurred**    February 21, 2013

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Real property commonly known as:

2806 Paradise Isle Avenue

North Las Vegas, Nevada 89031

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

$ unknown          $ _____

---

Debtor _____2806 Paradise Isle, LLC_____    Case number (if known) 18-12795
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.9** | **Creditor's name**

Financial Casualty & Surety, Inc.

**Creditor's mailing address**

3131 Eastside #600
Houston, TX 77098

**Creditor's email address, if known**

_____

**Date debt was incurred**   February 25, 2013
**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative  priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Real property commonly known as:

2806 Paradise Isle Avenue

North Las Vegas, Nevada 89031

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

$ _unknown_____    $ _____

---

**2.10** | **Creditor's name**

Susana Castillo

**Creditor's mailing address**

6605 Celeste Avenue
Las Vegas, NV 89107

**Creditor's email address, if known**

_____

**Date debt was incurred**   April 20, 2017
**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative  priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Real property commonly known as:

2806 Paradise Isle Avenue

North Las Vegas, Nevada 89031

**Describe the lien**
Judgment Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ _539.81_____    $ _____

Debtor    2806 Paradise Isle, LLC
          Name

Case number *(if known)* 18-12795

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.11** **Creditor's name**

Tierra De Las Palmas HOA

**Creditor's mailing address**
c/o Camco
PO Box 400518

Las Vegas, NV 89148

**Creditor's email address, if known**

_____

**Date debt was incurred**    November 25, 2014

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____    $ unknown    $ _____
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**2.__** **Creditor's name**

_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____    $ _____    $ _____
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | 2806 Paradise Isle, LLC | Case number (if known) 18-12795 |
|---|---|---|
| | Name | |

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Quality Loan Service Corporation<br>411 Ivy Street<br>San Diego, CA 92101 | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Form 206D                    Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 7 of 7