Kristin A. Schuler-Hintz, Esq. SBN 7171
Michael Chen, Esq. SBN 7307
McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Phone (877) 369-6122
Fax (866) 339-5691
mchen@mccarthyholthus.com

Attorneys for Defendants, Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc., its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>2806 Paradise Isle, LLC,<br><br>       Debtor. | ) Case No.  18-12795-btb<br>)<br>) Chapter 11<br>)<br>)<br>) **STIPULATION TO CONTINUE**<br>) **HEARING ON DEBTOR'S MOTION TO**<br>) **VALUE COLLATERAL**<br>)<br>) Hearing date:  2/27/2019<br>)<br>) Hearing time:  10:00am<br>)<br>) |

2806 Paradise Isle, LLC, by and through his undersigned attorney, and Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc., as its attorney in fact, ("Movant") by and through its attorneys undersigned, hereby agree and stipulate that the hearing currently set for 2/27/2019 at 10:00am on the Debtor's Motion to Value Collateral in the above-referenced bankruptcy case shall be continued. Therefore, the hearing will be continued to 4/23/2019 at 1:30pm.

Dated: 2/19/2019                    McCarthy & Holthus, LLP


by  /s/  Michael Chen
    Michael Chen, Esq.
    Attorney For Movant




Dated: 2/19/2019            by  /s/ Ryan Andersen
                               Ryan A. Andersen, Esq.
                               Attorney For Debtor

File No. NV-18-147442                                    Case No. 18-12795-btb
                                                   Stipulation to Continue Hearing