_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
February 20, 2019

___

Kristin A. Schuler-Hintz, Esq. SBN 7171
Michael Chen, Esq. SBN 7307
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Phone (877) 369-6122
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

E-filed: M_EfileDate

Attorneys for Secured Creditor, Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc., its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>2806 Paradise Isle, LLC,<br><br>       Debtor. | ) Case No.: 18-12795-btb<br>)<br>) Chapter 11<br>)<br>) DATE:  2/27/2019<br>) TIME:   10:00am<br>)<br>) **ORDER APPROVING STIPULATION TO**<br>) **CONTINUE HEARING ON DEBTOR'S**<br>) **MOTION TO VALUE COLLATERAL** |

*Rev. 12.09*    M&H File No NV-18-147442
    18-12795-btb

1  The Stipulation to Continue Debtor's Motion to Value Collateral having been filed with the Court as Dkt. No. 72. Upon review of the Stipulation, and good cause appearing, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the hearing on Debtor's Motion to Value Collateral shall be continued from 2/27/2019 at 10:00am, to 4/23/2019 at 1:30pm. The hearing scheduled for 2/27/2019 at 10:00am will be vacated from the Court's calendar accordingly.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

\_\_/s/ Michael Chen\_\_\_\_
Kristin A. Schuler-Hintz, Esq.
Michael Chen, Esq.
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
(877) 369-6122

*Rev. 12.09*          M&H File No NV-18-147442
                                                                   18-12795-btb