_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
August 14, 2019

---

Kristin A. Schuler-Hintz, Esq. SBN 7171
Michael Chen, Esq. SBN 7307
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Phone (877) 369-6122
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

E-filed: M_EfileDate

Attorneys for Secured Creditor, Nationstar Mortgage LLC d/b/a Mr. Cooper, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>2806 Paradise Isle, LLC,<br><br>                    Debtor. | ) Case No.: 18-12795-gs<br>) Chapter 11<br>)<br>) DATE: 8/15/2019<br>) TIME: 9:30am<br>)<br>) **ORDER APPROVING STIPULATION TO**<br>) **CONTINUE HEARING ON NATIONSTAR**<br>) **MORTGAGE LLC D/B/A MR. COOPER,**<br>) **AS ITS ATTORNEY IN FACT'S MOTION**<br>) **FOR RELIEF FROM THE AUTOMATIC**<br>) **STAY** |

*Rev. 12.09*                                                                              M&H File No NV-18-147442
                                                                                                            18-12795-gs

The parties agreed to the terms set forth in the Stipulation to Continue Motion for Relief from the Automatic Stay on 8/13/2019 as document #111 and are bound by the terms of their Stipulation which shall be the Order of this Court.   The hearing date set for 8/15/2019 at 9:30am is hereby continued to 9/24/2019 at 1:30pm by the Court.

**END OF ORDER**

IT IS SO ORDERED:

Submitted by:
McCarthy & Holthus, LLP

 /s/  Michael Chen
Michael Chen, Esq.
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
(877) 369-6122