_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
September 26, 2019

Kristin A. Schuler-Hintz, Esq. SBN 7171
Michael Chen, Esq. SBN 7307
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Phone (877) 369-6122
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 18-12795-gs |
| | ) |
| 2806 Paradise Isle, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) **ORDER ON STIPULATION FOR** |
| | ) **ADEQUATE PROTECTION (INTERIM)** |
| | ) **AND ORDER TO VACATE HEARING** |
| | ) |
| | ) DATE: 9/27/2019 |
| | ) TIME: 11:00AM |
| | ) |

*Rev. 12.09*                                                                                           M&H File No. NV-18-147442
                                                                                                              18-12795-gs

The parties agreed to the terms set forth in the Adequate Protection Stipulation (Interim) filed on 9/25/2019 as document #124 and are bound by the terms of their stipulation which shall be the Order of this Court.   It is further ordered that the hearing on the Motion for Relief from Stay, currently set for 9/27/2019 at 11:00am, is hereby vacated as moot.

**END OF ORDER**

IT IS SO ORDERED:

Submitted by:
McCarthy & Holthus, LLP

 /s/  Michael Chen
Michael Chen, Esq.
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
(877) 369-6122