Kristin A. Schuler-Hintz, Esq. SBN 7171
Michael Chen, Esq. SBN 7307
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Phone (877) 369-6122
Fax (866) 339-5691

Attorneys for Secured Creditor, Nationstar Mortgage LLC d/b/a Mr. Cooper, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No. 18-12795-gs |
| | ) |
| 2806 Paradise Isle, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) **NOTICE OF ELECTION PURSUANT TO** |
| | ) **11 U.S.C §1111(b)** |
| | ) |
| | ) **Re: 2806 Paradise Isle Avenue, North Las** |
| | )      **Vegas, NV 89031** |

Pursuant to Bankruptcy Code Rule 3014(a) and 11 U.S.C. § 1111(b), Nationstar Mortgage LLC d/b/a Mr. Cooper, its assignees and/or successors elects application of 11 U.S.C. § 1111(b) to its secured claim secured by real property located at 2806 Paradise Isle Avenue, North Las Vegas, NV 89031.  Nationstar Mortgage LLC d/b/a Mr. Cooper election under 11 U.S.C. § 1111(b) is made without prejudice to its rights to object to the Debtors' Disclosure Statement and confirmation of Debtors' Plan and is without waiver of such rights, each of which are expressly reserved.

McCarthy & Holthus, LLP

Dated: 10/11/2019         By:   /s/  Michael Chen
                                Michael Chen, Esq.
                                Attorney for Secured Creditor,
                                Nationstar Mortgage LLC d/b/a Mr.
                                Cooper, its assignees and/or
                                successors

1

Notice of 1111(b) Election
File No.: NV-18-147442/ Case No.: 18-12795-gs

Kristin A. Schuler-Hintz, Esq. SBN 7171
Michael Chen, Esq. SBN 7307
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Phone (877) 369-6122
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 18-12795-gs |
| | ) |
| 2806 Paradise Isle, LLC, | ) Chapter 11 |
| | ) |
| | ) DATE: No Hearing Info |
| Debtor. | ) TIME: No Hearing Info |
| | ) |
| | ) **CERTIFICATE OF SERVICE OF** |
| | ) **NOTICE OF 1111(B) ELECTION** |

1

# CERTIFICATE OF SERVICE

On 10/11/2019, I served the foregoing **NOTICE OF 1111(B) ELECTION** on the following individuals by electronic means through the Court's ECF program

| **TRUSTEE** | **DEBTOR(S) COUNSEL** |
|---|---|
| U.S. Trustee - LV - 11 | Ryan A. Andersen |
| USTPRegion17.lv.ecf@usdoj.gov | ryan@vegaslawfirm.legal |

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Salvador Arroyo
Salvador Arroyo

On 10/11/2019, I served the foregoing **NOTICE OF 1111(B) ELECTION** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR(S)
2806 Paradise Isle, LLC, 6600 W. Charleston Blvd., Ste. 117, Las Vegas, NV 89146

US TRUSTEE
300 Las Vegas Boulevard South, Suite 4300, Las Vegas, NV 89101

BORROWER(S)
Michael C. Swift, 2806 Paradise Isle Avenue, North Las Vegas, NV 89031


OTHER LIEN HOLDER(S)
Capital One Bank (USA) N.A., Attn: Managing Agent, c/o Patenaude & Felix APC,, 1771 E. Flamingo Rd. Ste. 112A, Las Vegas, NV 89119

City of North Las Vegas, Attn: Managing Agent, 2250 Las Vegas Blvd N, Ste. 800, North Las Vegas, NV 89030

Financial Casualty & Surety, Inc., Attn: Managing Agent, 3131 Eastside #600, Houston, TX 77098

Susana Castillo, 4512 Yellow Harbor Str., Las Vegas, NV 89129

SPECIAL NOTICE(S)
RPD Analytics, LLC, Attn: Managing Agent, 9550 S. Eastern Ave. Ste. 253, Las Vegas, NV 89123

Seterus, Inc., Attn: Managing Agent, PO Box 1047, Hartford, CT 06143

20 LARGEST UNSECURED CREDITORS
Federal National Mortgage Association, Attn: Managing Agent, 14221 Dallas Parkway, Suite 1000, Dallas, TX 75254

Tierra De Las Palmas HOA, Attn: Managing Agent, C/O Camco, PO Box 400518, Las Vegas, NV 89148

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 10/11/2019         /s/ Hue Banh
                          Hue Banh