**Electronically Filed: October 18, 2019**

**ANDERSEN LAW FIRM, LTD.**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Email: *ryan@vegaslawfirm.legal*
Ani Biesiada, Esq.
Nevada Bar No. 14347
Email: *ani@vegaslawfirm.legal*
101 Convention Center Drive
Suite 600
Las Vegas, Nevada 89109
Phone: 702-522-1992
Fax:    702-825-2824

*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>2806 PARADISE ISLE LLC,<br><br>            Debtor. | Case No.: 18-12795-BTB<br>Chapter 11<br><br>Hearing Date:   October 21, 2019<br>Hearing Time:   1:30 p.m. Pacific time |

### STIPULATION TO VACATE EVIDENTIARY HEARING

2806 PARADISE ISLE LLC, a Nevada limited liability company ("Debtor"), debtor and debtor-in-possession, by and through its counsel of record, on the one hand, and Nationstar Mortgage LLC d/ba/ Mr. Copper, its assignees and/or successors ("Creditor"), by and through its counsel of record, on the other hand hereby stipulate and agree as set forth herein.

The following stipulations are based on the following recitals:

1.      Debtor is the owner of certain real property located at 2806 Paradise Isle Avenue, North Las Vegas, NV 89031 ("Property").

2.      Creditor holds a deed of trust and secured claim concerning such Property.

3.      Debtor filed a motion seeking, among other things, to establish the value of the Property pursuant to 11 U.S.C. § 506(a) ("Motion").  ECF No. 64.  Creditor opposed the Motion.  ECF Nos. 70 and 84

4. The hearing concerning the Motion was continued from time to time to allow the parties time to obtain appraisals concerning the Property.

5. When the parties were unable to agree as to the appropriate value of the Property, the Court scheduled an evidentiary hearing to be held on November 21, 2019, commencing at 1:30 p.m. ECF No. 107.

6. On October 11, 2019, Creditor filed its Notice of Election Pursuant to 11 U.S.C. § 1111(b). ECF No. 128.

7. As a result of Creditor's election under 11 U.S.C. § 1111(b), the relief sought through the Motion is largely moot, and Debtor and Creditor agree the Motion may come off calendar and the evidentiary hearing scheduled for November 21, 2019, at 1:30 p.m., may be vacated.

NOW THEREFORE, Debtor and Creditors stipulate and agree as follows:

1. The evidentiary hearing, currently scheduled for November 21, 2019, at 1:30 p.m. may be vacated.

2. The Motion may come off calendar.

IT IS SO STIPULATED:

DATED this 18th day of October, 2019.                    DATED this 18th day of October, 2019.

ANDERSEN LAW FIRM, LTD.                                  MCCARTHY & HOLTHUS, LLP

/s/ Ryan A. Andersen                                     /s/ Michael Chen
Ryan A. Andersen, Esq.                                   Michael Chen, Esq.
Nevada Bar No. 12321                                     Nevada Bar No. 7772
Email: *ryan@vegaslawfirm.legal*                         Email: *NVBK@McCarthyHolthus.com*
Ani Biesiada, Esq.                                       9510 West Sahara Avenue
Nevada Bar No. 14347                                     Suite 200
Email: *ani@vegaslawfirm.legal*                          Las Vegas, Nevada 89117
101 Convention Center Drive
Suite 600                                                *Counsel for Nationstar Mortgage LLC d/ba/ Mr.*
Las Vegas, Nevada 89109                                  *Copper, its assignees and/or successors*

*Counsel for the Debtor*