_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
October 18, 2019

**ANDERSEN LAW FIRM, LTD.**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Email: *ryan@vegaslawfirm.legal*
Ani Biesiada, Esq.
Nevada Bar No. 14347
Email: *ani@vegaslawfirm.legal*
101 Convention Center Drive
Suite 600
Las Vegas, Nevada 89109
Phone: 702-522-1992
Fax:    702-825-2824

*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>2806 PARADISE ISLE LLC,<br><br>Debtor. | Case No.: 18-12795-gs<br>Chapter 11<br><br>Hearing Date:   October 21, 2019<br>Hearing Time:   1:30 p.m. Pacific time |
|---|---|

### ORDER APPROVING STIPULATION TO VACATE EVIDENTIARY HEARING

The Court, having considered the Stipulation to Vacate Evidentiary Hearing entered into by 2806 PARADISE ISLE LLC, a Nevada limited liability company ("Debtor"), debtor and debtor-in-possession and Nationstar Mortgage LLC d/ba/ Mr. Copper, its assignees and/or successors ("Creditor"), by and through their respective counsel of record, and having found good cause for the relief requested therein, hereby **ORDERS** as follows:

1. The evidentiary hearing, currently scheduled for October 21, 2019, at 1:30 p.m. is hereby **VACATED**.

2. The Motion to Value Collateral "Strip Off" and Modify Rights of Secured Creditors Pursuant to Sections 506(a) and § 1123; FRBP 3012 and 9014, on file with the Court at ECF No. 64, is hereby off calendar.

**IT IS SO ORDERED.**

| Respectfully submitted by: | And approved by: |
|---|---|
| ANDERSEN LAW FIRM, LTD. | MCCARTHY & HOLTHUS, LLP |
| /s/ Ryan A. Andersen | /s/ Michael Chen |
| Ryan A. Andersen, Esq. | Michael Chen, Esq. |
| Nevada Bar No. 12321 | Nevada Bar No. 7772 |
| Email: *ryan@vegaslawfirm.legal* | Email: *NVBK@McCarthyHolthus.com* |
| Ani Biesiada, Esq. | 9510 West Sahara Avenue |
| Nevada Bar No. 14347 | Suite 200 |
| Email: *ani@vegaslawfirm.legal* | Las Vegas, Nevada 89117 |
| 101 Convention Center Drive | |
| Suite 600 | *Counsel for Nationstar Mortgage LLC d/ba/ Mr.* |
| Las Vegas, Nevada 89109 | *Copper, its assignees and/or successors* |
| *Counsel for the Debtor* | |

# # #